# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ANTHONY SIKORA,

    Plaintiff,

v.                                    CASE NO. 4:10cv159-RH/WCS

MAJOR MIKE WOOD,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 7). No objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED without prejudice." The clerk must close the file.

    SO ORDERED on August 31, 2010.

                                                s/Robert L. Hinkle
                                                United States District Judge